**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: CASE NO: 23-CR-00231** |
| | **:** |
| **v.** | **:** |
| | **: (Judge Reyes)** |
| **CAMERON CAMPANELLA,** | **:** |
| Defendant. | **: (Filed Under Seal)** |

<u>**DEFENDANT'S SENTENCING MEMORANDUM**</u>

    **AND NOW,** this 19th day of January, 2024, comes the above-captioned Defendant, Cameron Campanella, by and through his counsel, Robert J. Daniels, Esquire and respectfully requests this Honorable Court to impose a term of Probation, and in furtherance thereof submits this Sentencing Memorandum.

**Introduction.**

    Cameron Campanella broke the law.   He admitted to committing Petty Offenses while in our nation's capital on January 6, 2021.   For his actions there are consequences.   That is not in question.   The remaining issue at hand is not whether a sanction is appropriate, but what sanction is warranted.

    In making that determination, a distinction must be made between fact and narrative. Facts are the frame, while narrative is the painting…motivated by perspective.   The consequential facts in this matter are not disputable. They are fully documented by modern technology. However, competing narratives in this case are presented by the parties in an effort to influence the sanction imposed.

    The operative facts that constitute Petty Offense violations, to which Mr. Campanella admitted to, are simple and straightforward.   There is a video showing Mr. Campanella entering

the Capitol building through an open door, retrieving his acquaintance "Danny" from the building, and exiting the building through the same door he entered.   All told, Mr. Campanella was inside the Capitol building for approximately 1 minute, 27 seconds.   (See Government's Exhibit 4).

The United States Probation Office has performed a thorough and complete assessment of the facts of the case, compiled information related to Mr. Campanella's background, made an assessment regarding his personal characteristics and applied them to relative sentencing concepts.   The United States Probation Office has determined that Probation is the appropriate sanction in this matter and recommends that a term of Probation be imposed.   The Government asks the Court to disregard this recommendation and impose a relatively short term of incarceration.   It goes without saying, that Mr. Campanella wholeheartedly agrees with the recommendation of the United States Probation Office.

In support of his request for the imposition of the recommended sentence of Probation, Mr. Campanella respectfully submits that the Court should take into consideration the entirety of his existence, not just the fact that he committed Petty Offenses.   Mr. Campanella is universally described as a kind, hardworking, and caring individual.   (See attached Recommendatory Letters).

To a great extent, sanctions have already been implemented in this matter.   Since June 9, 2023, Mr. Campanella has been subject to the considerably restrictive terms and conditions of Supervised Release.   He has followed the directives of his Pre-trial Supervision Officer, complied with the conditions of his release, and has reported as directed to the Pre-trial Services Office.   In essence, he has been on *de facto* Probation for seven (7) months and has proven himself to be amenable to supervision in the community.   Any term of incarceration would only

serve to be superfluous and contradict fundamental sentencing ideals.   Moreover, it is important
to note that a significant majority of similarly situated defendants have received non-
incarceration sentences.   (See list of 'Sentences Imposed in Cases Arising out of the Events of
January 6. 2021', as of January 5, 2024: https://www.justice.gov/usao-dc/capitol-breach-cases).
Mr. Campanella has appropriately accepted responsibility for his actions through word and deed.
He acknowledges his transgressions and recognizes the profound effect of his actions on others.
(See attached Acceptance of Responsibility Letter).   His dogged compliance with the
restrictions already imposed reflects his awareness of the gravity of his situation.

There is a growing recognition that incarceration, especially for those with a minimal
criminal record, is less beneficial to society than incarcerating individuals even over a relatively
short time. *See USSC Recidivism of Federal Offenders Released in 2010*,
(https://www.ussc.gov/research/research-reports/recidivism-federal-offenders-released-2010,
September 2021).   The evolving mindset is manifested in a recent amendment to the United
States Sentencing Guidelines (USSG §4C1.1- Zero Point Offenders).

It is respectfully submitted that in light of the specific circumstances of this offense and
the personal characteristics of Mr. Campanella, the recommendation advanced by the United
States Probation Office, and a review of the applicable sentencing objectives that a term of
Probation is appropriate in this matter.

## I.    CASE SUMMARY AND PROCEDURAL HISTORY

**Factual Summary.**

The relevant facts associated with this matter are largely uncontroverted. Just about all of
Mr. Campanella's activities on January 6, 2021, were captured on video or retrieved from his cell
phone.   The extracted facts have been previously outlined and submitted in the Statement of

Offense submitted with Mr. Campanella's plea (Doc 27), the Pre-Sentence Report (Doc 34) and the Government's Sentencing Memorandum (Doc 32).

In broad brush, Mr. Campanella attended a political rally near the Capitol grounds. After the rally had concluded he, along with several thousand other individuals, proceeded to the Capitol grounds and building.   He walked into the Capitol through the Senate Wing Door.   His foray into the building was short and somewhat uneventful.   After he entered, he retrieved his friend "Danny", turned around and exited the same door he entered. Toward the end of his presence in the building he recorded the scene inside the building.   All told, he was in the Capitol for 1 minute, 27 seconds.   (See Presentence Report ¶ 21-22; Doc 34).

Of note, Mr. Campanella was **not** a part of the crowd that breached the building.   He arrived a significant period of time after entry had been made through the Senate Wing Door and walked through the open door.   Nobody attempted to stop him as he entered.   Video surveillance reveals that by the time he entered, several hundred people were already present… some shouting, some milling about.   The Capitol Police in the building were largely standing around observing the crowd.   (See Government's Exhibit 5 from 0:15 to 0:21 seconds).

The Government's Sentencing Memorandum notes that Mr. Campanella states (while recording on his cell phone) that "right here's your cops ready to storm us….ain't nobody scared".   While it is accurate those words are on the cell phone video, the Government omitted the consequential words uttered immediately preceding the declaration in their narrative.   A review of the video reveals that Mr. Campanella states, "**C'mon Danny**, right here's your cops ready to storm us….ain't nobody scared" in an effort to extract his acquaintance from the building.   (See Government's Exhibit 5 from 0:01 to 0:12 seconds).   The addition of the qualifying phrase adds significant context to the statement.

The Government also surmises in their narrative that Mr. Campenella 'encouraged" others to "unlawfully" enter the building by stating that "everybody's welcome" in the building. (Government's Sentencing Memorandum ¶ 9; Doc 32).   The Government's assessment of the statement is skewed by perspective, and is (arguably) subject to varying interpretations. Initially, it is clear from the video, nobody is actually listening to Mr. Campanella.   (See Government's Exhibit 5 from 0:33 to 0:37).   Moreover, at the time Mr. Campanella enters the building there is little resistance from the Capitol Police and (despite the obvious signs of an unlawful incursion) from Mr. Campanella's vantage point it could conceivably appear that people are 'welcome' in the building.

Finally, it is important to note that Mr. Campanella, aside from a few comments, was not overly demonstrative, did not engage in violence of any sort and did not destroy any property during the incursion.

**Procedural History.**

On June 2, 2023, a Criminal Complaint was filed against Mr. Campanella in the United States District Court, District of Columbia, charging Mr. Campanella with violating 18 U.S.C. § 1752(a)(1), Entering and Remaining in a Restricted Building Or Grounds, at Count 1; 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building or Grounds, at Count 2; 40 U.S.C. § 5104(e)(2)(D), Violent Entry and Disorderly Conduct on Capitol Grounds, at Count 3; and 40 U.S.C. § 5104(e)(2)(G), Parade, Demonstrate, or Picket in Capitol Buildings, at Count 4. (Doc 1).

On June 9, 2023, Mr. Campanella was arrested in York, Pennsylvania and on the same date appeared for the first Initial Appearance before Magistrate Judge Martin C. Carlson, undersigned counsel was retained to represent the Defendant (Doc 8).   At the conclusion of the

Hearing, the Defendant was placed on Pretrial Supervision. (Doc 4 Conditions).   The Defendant was ordered to appear for a supplemental Initial Appearance via Zoom on June 20, 2023.   On that date, the Defendant appeared by video teleconference for an Initial Appearance and waived his right to a Preliminary Hearing.

On July 13, 2023, a four-count Information was filed charging the Defendant with violation 18 U.S.C. § 1752(a)(1), Entering and Remaining in a Restricted Building, at Count 1; 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building, at Count 2; 40 U.S.C. § 5104(e)(2)(D), Disorderly Conduct in a Capitol Building or Grounds, at Count 3; and 40 U.S.C. § 5104(e)(2)(G), Parading, Demonstrating, or Picketing in a Capitol Building, at Count 4. (Doc 16).

On October 26, 2023, the Defendant entered into a written Plea Agreement, pleading guilty to Counts 3 and 4 of the Information. (Doc. 27).   On the same date, the Defendant waived the Indictment by a grand jury (Doc 29) and waived his right to Trial by Jury. (Doc 30).

Sentencing in this matter is currently scheduled before this Honorable Court on January 23, 2024.   This Sentencing Memorandum is submitted in advance of sentencing and addresses the factors enumerated in 18 U.S.C. § 3553(a).

**DISCUSSION**

**Application of Guidelines.**

In this instance, Mr. Campanella is to be sentenced for Petty Offenses. Pursuant to U.S.S.G § 1B1.9, the sentencing guidelines do not apply to any count of conviction that is a Class B or C misdemeanor or an infraction. As a result, the United States Sentencing Guidelines do not apply.   18 U.S.C. §3559; U.S.S.G § 1B1.9

**Criminal History.**

Mr. Campanella has no criminal history.   If the Sentencing Guidelines were applicable in this matter Mr. Campanella would be considered a Zero Point Offender.   While he did receive a citation for Trespass, it not considered as prior criminal history pursuant to U.S.S.G § 4A 1.2 (c) (1).

Although the Government did not obtain the factual basis for the citation, it did not prevent the Government form referencing the citation in their Sentencing Memorandum (p. 9) For purposes of clarification, the underlying facts for the citation arose from fishing in a local quarry.   Mr. Campanella's fishing companion informed him he was authorized to fish in the quarry.   He was not.   As a result, both parties received citations.

**18 U.S.C. §3553(a) Factors**

18 USC §3553(a) requires this Honorable Court to formulate a sentence that is "sufficient, but not greater than necessary", using several specified factors summarized as follows:

(1)   the nature and circumstances of the offense and the history and characteristics of the defendant;

(2)   the need for the sentence imposed...;

(3)   the kinds of sentences available;

(4)   the kinds of sentence and the sentencing range established...;

(5)   any pertinent (Sentencing Commission) policy statement....;

(6)   the need to avoid unwarranted sentencing disparity...; and

(7)   the need to provide restitution....

18 USC §3553(a).

18 USC §3553(a)(2) mandates a sentence should "reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense", "afford adequate deterrence to criminal conduct", "to protect the public from further crimes of the defendant", and "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner."

**Individual Characteristics.**

**Family Background.**   Mr. Campanella is a married father of two adult children, working as a barber.   His mother currently is suffering from long-COVID related health issues and requires oxygen due to complications from contracting the COVID virus during the first quarter of the pandemic in 2020.   Mr. Campanella and his father help his mother out as much as they can with her health issues.

Mr. Campanella is the eldest child and has a sister, Kandace Campanella, 29, who also resides in York, PA.   Mr. Campanella has a good relationship with his father and mother, as well as his sister.   He and his wife, Dodie, have lived at                          in York, Pennsylvania since 1999.   Mr. Campanella and Dodie have two children, Cameron III, age 24, and Ellaina, age 18.   Their daughter currently resides with them.

Mr. Campanella grew up in a two-parent household and describes his childhood as "normal."   He attended school and played multiple sports including basketball and baseball throughout high school.   His caring, family-oriented and dependable nature was evident even as a child.

His mother, Sherry, writes "Cameron was a great big brother always looking out for his sister, always coming to her side…He would not hesitate to lend a helping hand when needed."

(See attached Character Letter: Family Members, page 2).    Even as a child, it was in Cameron's nature to work hard, working several jobs while he was in high school.   Both his mom and dad write that Mr. Campanella "…is a very hard worker he had several jobs growing up.   He delivered papers, cut grass and was his high school custodian during the summer." (See attached Character Letters: Family Members, pages 2-3).

Mr. Campanella and his wife, Dodie, met on Mr. Campanella's twenty-first birthday. They dated for five years before they married.   Dodie currently works as a nurses' aide in an assisted nursing facility.   They have a "great" relationship.   Dodie is aware and extremely supportive of Mr. Campanella's legal situation.

Their son, Cameron III, resides in New York, where he will be attending graduate school. Their daughter, Ellaina, currently works with her mother as a nurses' aid, while she is taking courses to become a realtor.   Mr. Campanella has been a dedicated father and has a great relationship with both of his children.   There is a consensus that Mr. Campanella has been a dedicated, reliable, supportive father to his children, sacrificing his time, sleep, and own interests to make sure both the needs and wants of his children were met above and beyond the necessities.   His wife Dodie writes "I can always count on him to be there for me and our children and to make us feel safe.   He is the backbone of this family. …He has often sacrificed his time, sleep, his own interests and worked long hours, even worked three jobs to prioritize the needs of our children."   (See attached Character Letters: Family Members, page 1).

His longtime client and friend, Daniel Boyer writes "One of the most striking aspects of Cameron's character is his devotion to his family and friends.   He consistently puts their needs and well-being before his own and has shown time and again that he is a dependable and caring individual."   Mr. Campanella's son, Cameron III describes him as "…a man who has shown

resilience, love, and commitment throughout his life…"   (See attached Character Letters: Community Members, pages 14-15).   His daughter, Ellaina, writes "My father is a loving, dependable, and involved father.   He is reliable where you can count on him for anything.   He would sacrifice everything for his family.   He has.   …we had private schools, gymnastics, basketball, and now college.   He has always been my number one supporter." (See attached Character Letters: Family Members, page 6).

**Community Involvement.**

Numerous Character Letters from Mr. Campanella's family and community members describe Mr. Campanella as an active, productive member of the community.   Mr. Campanella's clients describe him as a husband who is dedicated to his wife and a loving husband.   (See Character Letters: Family Members, pages 1-3, 6-10, 12 and Community Members, pages 14-15, 17-19, 27, 33, 38).

He is also seen as a father figure to many in his neighborhood, teaching youth how to fish, getting them involved in sports and showing up to support them and coach them, teaching them the importance of responsibility and hard work, treating them no different than his own children.   His neighbor, Nico Paneto, writes "As a young child growing up, Cameron took me in as his own and has helped to shape the person I am today.   Cameron was one of my support systems; academically and athletically and mentally throughout all my years of schooling." (See attached Character Letter: Community Members, page 27).

Mr. Campanella's sister-in-law, Lena, writes "I remember how much the local neighborhood kids loved hanging out with Cameron, my nephew and me.   Even years later when we're all adults, Cameron still has a close connection with many of them." (See attached Character Letter: Family Members, page 11).

His wife writes "He has brought in troubled kids from the neighborhood.   He has fed them and given them a safe place to go.   He also has taught them to fish and play sports and was a positive influence in their lives."   (See attached Character Letter: Family Members, page 1). His client and friend, Jess Horn describes him as "…an invaluable asset to our neighborhood." (See attached Character Letter: Community Members, page 17).

Long time client and friend, Daniel Boyer writes "He goes out of his way to assist those in need, demonstrating his innate kindness and compassion.   His willingness to lend a helping hand is a testament to his character and his genuine desire to make a positive impact on his community.   Whether it's through a small gesture or a significant act of kindness, Cameron consistently demonstrates his empathy and caring nature."   (See attached Character Letters: Community Members, pages 14-15).

Client and friend, Jess Horn, describes Mr. Campanella as "…a true pillar in our community, displaying unwavering dedication to his family, career, and the well-being of our neighborhood."   (See attached Character Letters: Community members, page 17).

One of Mr. Campanella's lifelong friends passed away, leaving three boys (Carl, Myles, and Ethan Young), behind with a mother who had to struggle to support them.   Instead of charging them for their haircuts, Mr. Campanella would provide the service for free, even picking up and taking the youngest back and forth to the barber shop to get his hair cut.   (See attached Character Letters: Community Members pages 22, 26, 34).

 Mr. Campanella provided the boys with support, Carl Young writes "After my father passed, I noticed that he seemed to take longer when cutting my hair.   …I think it was because he knew I needed someone outside of my direct family to talk to about it all.   He had grown up with my dad and knew him very well."   Myles Young describes Mr. Campanella as a very

important person to him and his brothers.   "After my father died, Cameron took over faithfully."

He goes on to describe that Mr. Campanella would pick him up, cut his hair, and bring him home

for years until Myles got his driver's license.   Myles writes "It was always a good time talking

to him and catching up during a haircut.   He was always someone I knew was safe to talk

to…Sometimes we'd just go fish on a day I wasn't getting a haircut.   It would just be me and

him… This meant more than you will ever know to a boy who lost his father at 10 years old."

(See attached Character Letters: Community Members pages 22, 26, 34).

**Physical Health.**

    Mr. Campanella is in relatively good health,

**Educational and Vocational Skills.**

    Mr. Campanella graduated from York Catholic High School in 1995.   Following his

graduation from high school, Mr. Campanella attended the Barber Styling Institute in Camp Hill,

Pennsylvania.   Mr. Campanella became a licensed barber in 1996.   He has since obtained his

Barber Manager License, which is a requirement to own and manage a barber shop.

**Employment.**

    Since graduating from barber school in 1996, Mr. Campanella has been a dedicated

employee and owner at the Colonial Park Barbershop located in Harrisburg, Pennsylvania.   In 2017, Mr. Campanella purchased the shop and employs six (6) to seven (7) barbers and works various hours.   He maintains the barber shop and genuinely enjoys his profession.   His son, Cameron III writes "My father is a person of remarkable integrity and hard work.   For decades, he has successfully run a small business in Harrisburg, PA imparting lessons of diligence and customer service not just to me, but to everyone he interacts with.   This commitment to community and hard work has made his business an integral part of Harrisburg's local economy, supporting several employees and their families."   (See attached Character Letter: Family Members, pages 4-5).

His client, Jeramy Rider writes "Cameron is a very hardworking, dedicated business owner, who makes sure everyone who enters his shop leaves happy."   His client and friend, Jess Horn, writes that Mr. Campanella "…is not just a barber, but a friend, and a positive influence on everyone he meets.   He has been a cornerstone of not only the community he lives in, but also the community he works in, always ready to support local initiatives and contribute to our neighborhood's growth." (See attached Character Letters: Community Members, pages 16-17).

Friend of the family, James Brehm III, describes Mr. Campanella as "…a successful business owner.   His dedication, resilience, and innovative thinking have contributed to his achievements as an entrepreneur.   His commitment to his business is a testament to his strong work ethic and his capacity to adapt and thrive in a dynamic and challenging environment." (See attached Character Letters: Community Members, pages 18-19).

His employee Ashley Funk describes him as a dedicated barber and "wonderful boss" who treats his employees "…with support, patience and appreciation."   Another employee, Kory Feister, writes that although he had worked at Colonial Barber Shop longer than Mr.

Campanella, it was only right for Mr. Campanella to buy the business when the former owner
decided to sell.   "I know Cameron wanted me to purchase the barber shop business since I had
been there longer than he had.   That is how he leads his life with respect to others.   However, I
knew in my heart that Cameron was the person to take our co-workers and the barber shop
clientele to the next level.   Cameron, in typical fashion purchased the business and made several
improvements to the barber shop along the way.   …It has never been about money or profits for
Cameron, just about a place that we all could call home." (See attached Character Letters:
Community Members, pages 20, 24-25).

        Client and friend, Kyle Rhoads, writes "He provides a thankless service to a lot of
individuals in the local area that will go nowhere else but to him because he is trustworthy,
hardworking, patient, creative, and pays special attention to detail along with his great
personality as a bonus.   Cameron knows his customer base very well and interacts with
everyone that walks through the door, even if they are not there for him to cut their hair."   (See
attached Character Letter: Community Member, page 37).

        There is a reoccurring theme throughout the letters written on behalf of Mr. Campanella,
a theme of compassion and willingness to give back to the community.   As a barber making a
modest income to support his family, Mr. Campanella continued to give back to the community
and his clients.   For example, his client,                         , suffered from severe medical issues
that eventually made it impossible for him to continue to travel to Colonial Park Barber Shop to
get his hair cut.   Mr. Campanella told          to call the shop after his first surgery and he would
take care of setting up a haircut for him.   Eventually,          called the shop and Mr. Campanella
answered and "…asked directions to my house and came that night after working a 10 plus hour
day and cut my hair in my kitchen.   Well for the next 3 plus years Cameron answered that phone

and came to my house anytime I called.   Always after a 8-10 hour shift, no matter how

exhausted, he would show up, give me a cut, which at the time was one of the only normal things

I really had left.   Then he would drive 45 minutes or so home to York where he lived. … I don't

know many people that would do that for a customer, which is really all I was to him 20 plus

years ago."  (See attached Character Letter: Community Member, page 40).

**Acceptance of Responsibility.**

Mr. Campanella has accepted responsibility for his actions through both his words and

actions.   He has provided a written statement for submission to the Court outlining his

recognition of the gravity of his offense.   Mr. Campanella states "I understand the seriousness of

my actions…"   He writes that the decision he made that day "…is something I deeply regret, a

decision made without malicious intent but in a moment of confusion and concern.   I recognize

the severity of this mistake and the violation of law it entailed."    Mr. Campanella recognizes

"The repercussions of my actions have extended beyond myself, adversely affecting my son's

reputation and future opportunities due to our shared name.   This unintended impact on my

family has been a source of great distress to me."   Committed to accepting responsibility for his

actions, Mr. Campanella has "…taken a hard look at my actions and their consequences. …I

have come to a greater understanding of personal responsibility and the importance of making

decisions that reflect the values I hold dear.   This experience has been a significant turning point

in my life, and I'm committed to using it as an opportunity for personal growth and betterment."

(See attached Acceptance of Responsibility Letter).

 **CONCLUSION**

In light of the foregoing, Mr. Campanella respectfully submits that a sentence of Probation

would adequately reflect the seriousness of the offense, promote respect for the law, provide just

punishment, afford adequate deterrence, and protect the public from further crimes committed by

Mr. Campanella.

Respectfully submitted,


Dated:     January 19, 2024                    */s/ Robert J. Daniels*
                                               Robert J. Daniels, Esquire
                                               Attorney I.D. #PA0088
                                               KILLIAN & GEPHART LLP
                                               218 Pine Street
                                               Harrisburg, PA 17101
                                               (717) 232-1851

## **CERTIFICATE OF SERVICE**

I, Robert J. Daniels, Esquire, of the Law Firm of Killian & Gephart, do hereby certify

that on this date I forwarded a true and correct copy of the attached Defendant's Sentencing

Memorandum by electronic delivery to the following:

>Anna Z. Krasinski, Esquire
>Assistant United States Attorney
>On Detail from the District of New Hampshire
>Anna.Krasinski@usdoj.gov

>District Judge Ana C. Reyes
>U.S. District Court for the District of Columbia
>Reyes_Chambers@dcd.uscourts.gov

>Respectfully submitted,

>KILLIAN & GEPHART, LLP

Dated:    January 19, 2024            */s/ Robert J. Daniels*
>Robert J. Daniels, Esquire
>Attorney I.D. #PA0088
>218 Pine Street
>Harrisburg, PA 17101
>(717) 232-1851

United States of America v. Cameron Campanella
Docket No.: 23-CR-00231

## Character Letter Index for Cameron Campanella

**Family Members**                                                          **Page(s)**
Dodie Campanella              Wife                                      1
Sherry Campanella            Mother                                    2
Cameron Campanella          Father                                     3
Cameron Campanella III      Son                                        4-5
Ellaina Campanella           Daughter                                  6
Kandace Rehmeyer            Sister                                     7
Nedra Breeswine             Mother-in-Law                              8
Tahnee L. Holmes            Sister-in-Law                              9-10
Lena Baker                  Sister-in-Law                              11
Rita Greenawalt             Aunt                                       12
Ellielynn Rehmeyer          Niece                                      13

**Community Members**
Daniel Boyer                Family Friend                              14-15
Jeramy Rider                Client                                     16
Jess Horn                   Friend & Client                            17
James Brehm III             Family Friend                              18-19
Ashley Funk                 Employee                                   20
Candi Boyer                 Friend                                     21
Carl Young V                Friend & Client                            22
Jason & Lucy Sweitzer       Neighbors                                  23
Kory Feister                Co-Worker                                  24-25
Myles Young                 Family Friend                              26
Nico Paneto                 Neighbor                                   27
Timothy Grant               Friend & Client                            28
Tacoma Paneto-Sweitzer      Neighbor                                   29-30
Brad Basselgia              Friend & Client                            31
Elijah Lawless              Daughter's Boyfriend                       32
Elizabeth Cruz              Family Friend                              33
Ethan Young                 Friend & Client                            34
J. Andy Ranieri             Friend & Client                            35
Justin Paneto               Son's Friend                               36
Kyle Rhoads                 Friend & Client                            37
Maria                       Friend                                     38
Matthew Turchetta           Family Friend                              39
                            Friend & Client                            40

Honorable Judge Reyes
U.S. District Court for the District of Columbia
E Barret Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

    **Re:    United States of America v. Cameron Campanella**
             **Docket No: 1:23-MJ-00112**

Dear Judge Reyes,

   I am writing this letter in regard to my husband Cameron Campanella, who is set to appear before your court on October 3, 2023.

   Cameron and I have been together for 25 years, married for 20. I have known him for a good part of his life, and though my spousal connection might make me look slightly biased, I feel that I am a worthy enough judge of character.

My husband and I have two children, a dog, and two cats. He is a dedicated husband and father who always puts the needs of our family first. He is gentle, kind, and the most caring man I have ever met. I can always count on him to be there for me and our children and to make us feel safe. He is the backbone of this family. He is a role model who leads by example and teaches our children responsibility, right-mindedness, and moral values like honesty, integrity, trustworthiness, and kindness, which helped shape our children's character. He has often sacrificed his time, sleep, his own interests and worked long hours, even worked three jobs to prioritize the needs of our children. Cameron is highly regarded by those who know him. He is a thoughtful and generous person who often goes out of his way to help those in need. He always sees the best in people. He has brought in troubled kids from the neighborhood. He has fed them, and given them a safe place to go. He also has taught them to fish and play sports and was a positive influence in their lives.

In addition to his personal qualities, my husband has a strong love for animals.  He has brought in many strays, fed them, and found homes for many of them. Some of them we kept for our own and one just recently passed at the age of 22. Our love for our pets goes hand in hand with our shared values as they are a priority in our lives.

In conclusion, I plead with you to acknowledge the true character of my husband. I trust you will take into consideration his good character before making a decision.

Sincerely,
Dodie Campanella

Re: United States of America v. Cameron Campanella

Docket No: 1:23-MJ-0012

To:

The Honorable Judge Reyes

My son Cameron was my first born. He was a very happy baby always smiling and very active. We raised him in a Christian faith home. As he grew we had a second child. Kandace . Cameron was a great big brother always looking out for his sister, always coming to her side if she would cry. They grew up in a neighborhood full of children. Cameron made a lot of long-term relationships with most of them. In school he participated in all sports, basketball was his favorite where he played for his high school team. Cameron was always there for his friends and family. He would not hesitate to lend a helping hand when needed. My son is a very hard worker he had several jobs growing up. He delivered papers, cut grass and was his high school custodian during the summer. Cameron got interested in becoming a barber and would practice by cutting his friends hair. After graduation he moved out and put himself through barber school. He started working in two barbershops until getting full time employment at Colonial Park Barbers. During the first few years he met his wife Dodie and moved in together and started their family. Cameron raised his children to believe in the golden rule. He provided a stable household always providing for their needs. Cameron was very involved in his children's sports teams. He coached basketball and baseball. As a neighbor Cameron developed long term relationships with some of the children. Some refer to Cameron as their father. He is very well respected in his neighborhood as someone you can depend on when in need. Cameron is an animal lover and has had several dogs and feral cats that he took in from his neighborhood. After becoming manager of Colonial Park Barbers he had the opportunity to purchase the business. For the past 7 years he has grown the barber shop into a well-respected business in his community. Cameron has a large loyal customer base and has developed a lot of friendships along the way. Cameron has a staff of loyal coworkers and has always provided a safe and stable work place. My son is the kind of person every should strive to be like. I am very proud of what he has accomplished. I am very proud to say he is my son.

Thank You,

Sherry Campanella

2

Re: United States of America v. Cameron Campanella

Docket No: 1:23-MJ-0012

To:

The Honorable Judge Reyes

I am writing this letter to describe my son's character. Cameron was born in 1977. He and his sister were raised in a Christian household. Cameron was a happy baby always smiling and always hungry. As he grew, he learned the importance of family and friends. His mother and I taught him the meaning of the golden rule. He was taught respect and to treat others as he would want to be treated. Cameron was very active in school and participated in many sports. His favorite sport was basketball. He played for his school teams into high school. During his school years he made many long-lasting friendships with neighbors and fellow students. He is still in close contact with many of them. I believe those friendships are based on mutual respect for each other and knowing they can depend on Cameron when in need. Cameron had several jobs growing up. He cut grass, delivered newspapers. He worked at a grocery store and during the summer he worked as a custodian at his high school. At the age of around 14 he got interested in becoming a barber. He would cut his friends hair as a favor. After high school he moved out and put himself through barber school. He worked at two different barber shops at first until getting full time work at Colonial Park Barbers. During those first few years he met his wife, Dodie. They had two children Cameron III and his sister Elainna. He instilled the same beliefs in his children as we instilled in him. They bought a house in North York and still currently live there. As a neighbor he is well respected and treats everyone with respect. Some of the children in his neighborhood see him as a surrogate father. He shared with these children and tried to give them the same opportunities that his own children had. Cameron is the kind of friend and neighbor every one needs. When in need they could always depend on Cameron to be there for them. Cameron was given the opportunity to purchase the Colonial Park Barber shop as he was already the manager. For the past 7 years he has managed to grow the barber shop into a well-respected business in his community, with a loyal customer base and loyal coworkers. He has provided a safe work environment for his customers and coworkers. When not working at the barbershop he cuts hair for several shut-ins. Cameron is an avid fisherman and a passionate sports card collector. Cameron is an animal lover and through the years has had several dogs, fish, reptiles and many feral cats that he brought into his home from the neighborhood.

Cameron's mother and I are very proud of his accomplishments and look forward to watching him and his family grow. I believe that if there were more people in this world like Cameron the world would be a much better place to live in.

Thank You for your consideration,

Cameron Campanella

3

United States of America v. Cameron Campanella
Docket No.: 1:23-MJ-00112

To the Honorable Judge Reyes.

I am writing this letter on behalf of my father, Cameron Michael Campanella II, in relation to the case of the United States v Campanella. As his son and namesake, Cameron Campanella III, I believe I have a unique perspective on the kind of man he is and humbly ask that you consider my insights as you make your decision.

My father is a person of remarkable integrity and hard work. For decades, he has successfully run a small business in Harrisburg, PA, imparting lessons of diligence and customer service not just to me, but to everyone he interacts with. This commitment to community and hard work has made his business an integral part of Harrisburg's local economy, supporting several employees and their families.

His compassion is evident in small, everyday acts: I remember how we would often take in orphaned kittens from our neighborhood, raising them until they became beloved family pets. This taught me kindness, patience, and the value of life.

In relation to the charges against him, I sincerely believe that his presence at the Capitol on January 6th was not borne out of extremist views but from genuine political engagement. It was only his second political rally, largely influenced by its advertisement on platforms like YouTube. Entering the Capitol building, even if just for a fleeting moment, does not reflect his true nature or intentions. I know he had no intentions to do anything wrong that day, and what is on film of him in the capital should prove that.

The aftermath of January 6th has taken a significant toll on him both mentally and financially. The trauma of having his home raided, facing armed officers with guns pointed directly at his face while being falsely accused of having "maps", and the resultant financial burdens he's had to shoulder have been immense. As someone who is diagnosed with PTSD I see the same symptoms shared with him now and it is immensely saddening. The home he worked tirelessly to own is now burdened by a home equity loan to defend this case. Jail time would not only devastated him but also jeopardize the livelihoods of his employees and the wellbeing of our family.

In conclusion, I implore you to recognize the true character of my father, a man who has shown resilience, love, and commitment throughout his life. I deeply believe that he has already faced a substantial penalty for his actions, and I fervently plead against any further jail time. His business, our family, and his mental health are all at stake.

Thank you for considering my perspective.

Sincerely,

Cameron Campanella III

Honorable Judge Reyes
U.S. District Court for the District of Columbia
E Barret Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

**Re:** **United States of America v. Cameron Campanella**
**Docket No: 1:23-MJ-00112**

Dear Judge Reyes,

My name is Ellaina Campanella, daughter of Cameron Campanella and I'm writing this letter on behalf of my father.

My father is a loving, dependable, and involved father. He is reliable where you can count on him for anything. He is someone who will push you to be the best version of yourself. He doesn't believe in excuses. I learned this the hard way. He would never throw someone in-front of a bus to better himself. He gets where he is going on merit alone. My dad believes in good old fashioned hard work. He works hard, maybe too hard. I have never known my dad to sit down. He would sacrifice everything for his family. He has. He could have had his own dream boat but instead we had private schools, gymnastics, basketball, and now college. He has always been my number one supporter. Since kindergarten I played basketball and he made sure to be at every game possible and made sure he was the loudest in the stands cheering me on. He also helped coach our summer leagues. He is grateful for what he has in his life. He makes my mom very happy and he knows that my mom is always right. No matter what.

I'm sure you know the saying " A dog is a man's best friend" that would describe my dad and our dog Coal. That is his buddy and I'm sure he would take him everywhere if he could. He always makes sure that our animals are well loved and taken care of.

I am grateful to have a parent unit that has devoted themselves to life, love, and raising my brother and I.

In conclusion, I pray you recognize the true character of my father. Thank you for taking the time to read this letter.

Sincerely,

Ellaina Campanella

Re: United States of America v. Cameron Campanella

Docket No: 1:23-MJ-0012

To:

The Honorable Judge Reyes

I am writing on behalf of Cameron Campanella and the integrity of his character. Cameron is my big brother, my only brother. We were raised in a Christian home with strong belief in treating everyone with espect without prejudice or bias. it was just him and I. We were always out running around the neighborhood and would come home when the street lights came on. As we got older, Cameron had a lot of friends and were always at the house. Never a dull moment. He maintained those friendships into adulthood. His friend and peers respect him. Cameron would give you his last dollar if you asked. If you needed help Cameron would be there. When my life changed, Cameron was right there to help me get into my parent's house. Cameron is very compassionate and believes strongly in his values. He lives his life that way. Cameron wears his heart on his sleave and cares so much for others way beyond himself. He is so proud of his family. He and his wife are sharing a 20 year wedding anniversary, that is rare now a days. He truly loves and respects his wife and they have a bond that is unbreakable. Cameron is the kind of man everyone wishes that they could have in their life. Cameron is truly an upstanding, loving and honest man.

Thank You,

Kandace Rehmeyer

U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Ana C. Reyes,

I am writing you as a character reference for Cameron Campnelia II. Cameron is my son-in-law, and has been in my family for the better part of 25 years. You could not ask for a better son-in-law. He is an excellent husband to my daughter and excellent father to my grandkids. I am disabled, and Cameron has always been there for me. He has worked very hard, as a barber, to the point of owning his own shop. He is very important to this family. He is the type of man that would give you the shirt off his back if you needed it. One year I went to see my granddaughter play basketball. I got lost on the way home and it was in the middle of a snow storm. He came back to find me and showed me the way home. That is the kind of man he is.

yours respectfully,
Nedra J. Brasswine

# COURT REFERENCE LETTER

Tahnee L Holmes

Date: August 24 2023

Dear Honorable Judge Reyes,

My name is Tahnee L Holmes and proud to offer my recommendation of Cameron Campanella II to whom I have personally known for 24 years as my Brother-in-law.

Mr. Campanella has been faithfully married to my sister for about 20 years. In this time, not only has Mr. Campanella pulled my sister from a life of drugs and hardships as an early 20 something from an abusive home, he has created a beautiful family including two children who have come to be productive citizens of their communities. These things were only made possible by Mr. Campanella's hard work and dedication to his family as he slowly worked to build his clientele as a barber to owning his own business.
I have seen Mr. Campanella spend quality time with some of the less fortunate boys in his neighborhood who were without fathers, teaching them to fish, playing video games, giving advice and supplying them with things they needed with money from his own pocket all while asking for nothing in return. Most of these kids have gone on to be successful kids who still reach out to him today from time to time. Mr. Campanella has made an important impact in these now adult lives when no one else would.
I only know Mr. Campanella's ethical and moral character to be above reproach. I ask you to kindly take these traits into consideration and believe that Mr. Campanella is an asset not only to his family but his community as well.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

**Page 1**

**Signature** _____

By Tahnee Holmes Date: August 24 2023

**Lena Baker**

19th September, 2023

**The Honorable Ana C. Reyes**
U.S. District Court for the District of Colombia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001
(202) 354-3350
Reyes_Chambers@dcd.uscourts.gov

        **Re:**     ***United States of America v. Cameron Campanella***
                ***Docket No: 1:23-MJ-00112***

Dear Judge Reyes,

I have known Cameron Campanella my entire 29 years of life as a brother-in-law and as a caregiver. My mother worked a lot to support us, so my sister and Cameron took care of me frequently. I remember always looking forward to going to their house on the weekends because of Cameron's fun-loving personality. I was shocked to hear about this case against him as he has always been a good person. For this reason, I am more than happy to write a letter on behalf of Cameron regarding this matter. I understand the seriousness, however, I hope that the court shows leniency for a man who I believe would not have acted with ill intent.

Cameron has always been a hard worker, a valued community member, and a caring individual. He has worked tirelessly over the years to build his business as a barber and even when faced with economic hardships over the years, his friends, family, and community were there to support him as he had done for us so many times. I remember how much the local neighborhood kids loved hanging out with Cameron, my nephew, and me. Even years later when we're all adults, Cameron still has a close connection with many of them. He has always had a way of being kindhearted to others.

The events of January 6th were absolutely atrocious and I hope that the individuals who showed blatant disregard for our nation's capital and for the human beings that were there are brought to justice. I truly believe that Cameron Campanella was not one of these individuals. I trust that he was there for what he expected was going to be a peaceful protest and was thrown into a situation that he was wholly unprepared for. I appreciate your time and consideration of this reference.

Sincerely,

Lena Baker

September 4, 2023

The Honorable Ana C. Reyes
US District Court of District of Columbia
E. Barett Prettyman US Courthouse
335 Constitution Ave.
Washington DC  20001

RE: United States of America vs. Cameron Campanella
    Docket No: 1:23-MJ00112

Dear Honorable Ana C. Reyes:

I am contacting you today on behalf of my nephew by marriage, Cameron Campanella.

I have known Cameron for more than twenty years.  I have seen him mature into the hardworking young man he is today.  He has been a great husband to my niece and a great father to his two children.  He was always very involved with his children, taking them fishing more times than I can remember. He has also been a caring and loving husband to my niece.  He set a good example of what marriage should be for his children.

He has worked hard to build a business to provide for his family.  He is well thought of in our extended family for all the above as well.

I hope you consider all his positive qualities in determining the outcome of these proceedings.  I appreciate you taking the time to read this letter written on his behalf.

Thank you.


Sincerely,

Rita Greenawalt

Re: United States of America v. Cameron Campanella

Docket No: 1:23-MJ-0012


To:

The Honorable Judge Reyes

I am writing this letter to describe my Uncle Cameron's character. I am so lucky to have an Uncle like Cameron. He is one of the most thoughtful and caring persons I know. He has always been there to support me. He is very sensitive to my issues whether they be learning or emotional. He has always taken the time to listen. Me and my sister call Cameron the Funkle. because he is always kidding and joking around. He always lights up the room and makes everybody laugh. When my parents were going through a divorce, he was the first one there to help my mother. I know I can count on him to be there for any of us no matter the situation. He is very generous and always surprises me with gifts during the holidays and special occasions. My uncle Cameron is probably the sweetest man I know. I am proud to be his niece.


Thank You.



Emielynn Rehmeyer

Daniel Boyer

8/21/23

Re: Character Witness Statement for Cameron Campanella

Dear Honorable Judge Reyes,

I am writing this character witness statement in defense of Cameron Campanella, whom I have had the privilege of knowing for the past 20 years. Cameron has been an integral part of my family's life as our dedicated barber. Throughout our long-standing relationship, I have had the opportunity to witness his exceptional character and unwavering commitment to his responsibilities and loved ones.

Cameron is a hardworking individual who approaches every task with dedication and professionalism. He has always taken pride in his work, and his attention to detail is evident in the quality of the services he provides. His commitment to excellence has not only made him a sought-after barber but also reflects his overall approach to life.

One of the most striking aspects of Cameron's character is his devotion to his family and friends. He consistently puts their needs and well-being before his own and has shown time and again that he is a dependable and caring individual. I have seen him prioritize his daughter's interests, especially her involvement in basketball. His enthusiasm and support for her pursuits go beyond mere parental duty; they exemplify his commitment to nurturing relationships and fostering growth in those he cares about.

Cameron's generosity knows no bounds. He goes out of his way to assist those in need, demonstrating his innate kindness and compassion. His willingness to lend a helping hand is a testament to his character and his genuine desire to make a positive impact in his community. Whether it's through a small gesture or a significant act of kindness, Cameron consistently demonstrates his empathy and caring nature.

His sense of humor and amiable demeanor make him a joy to be around. His ability to lighten the atmosphere and bring smiles to people's faces is a remarkable trait that reflects his genuine nature and his ability to connect with others. My own children eagerly look forward to their visits to Cameron's barber shop, not just for the quality haircut but also for the engaging conversations, and genuine connection they share with him.  He is not just our barber; he is a long standing friend.

In conclusion, I firmly believe that Cameron Campanella is a person of high integrity, exceptional character, and unwavering dedication. His hard work, kindness, and commitment to his family, friends, and community are qualities that set him apart. It is my sincere hope that this statement serves as a testament to his positive attributes and contributes to a fair and just outcome in his legal proceedings.

Thank you for considering my perspective. Please do not hesitate to contact me if you require any further information.

Sincerely,

Dan Boyer

Jeramy Rider

August 24, 2023

Dear Honorable Judge Reyes:

I had the pleasure of meeting Cameron Campanella seven years ago when I was searching for a new barber. After these seven years have passed, I am happy to say he is still my barber, but more importantly my friend. Cameron is a very hardworking, dedicated business owner, who makes sure everyone who enters his shop leaves happy. This is very evident by the number of regulars who you sometimes must wait through before it is your turn to take the chair. Over the years we have bonded over our love of fishing. We would constantly talk to each other about places to go and what we were catching. We decided one day to get together on his day off (which are few and far between) to go fishing and we had a great time. We have been fishing together for six years now. While fishing, we would talk about anything and everything. One thing that was very obvious was his love for his family. We have daughters that are right around the same age, so that was always enjoyable to hear about how the other's daughter was doing and to talk about some of the same things we were both experiencing. After all our fishing excursions and talks, it was clear Cameron was a very caring, outgoing, and down to earth person that would fit right in with my other friends and family. I was certainly correct on this front. Cameron and his family have now been to our house for numerous family and friend's picnics and birthday parties. Cameron takes the time to talk to everyone and he especially created a bond with my son. Cameron is always asking him about his involvement in sports and his Pokémon card collection in addition to commenting on his videos that he puts online. My son looks forward to going to the barber to get his hair cut because it is more than just a haircut, it is friends spending time together. Cameron and I might not get to spend as much time together as we would like these days, but we still talk at least once a week on the phone. Of course, we talk about fishing, but we also talk about anything and everything else that is going on in each other's life. This is a man who if I needed help with anything, would be there in an instant and do anything he could to help. He is the type of person that if I needed someone to watch my son or daughter, I would not hesitate to ask. Any parent knows that if you say that about another person, it's truly indicative of having the utmost respect for that individual and in Cameron Campanella's case, that is exactly how I feel.

Regards,

Jeramy Rider

Jeramy Rider

Jess Horn

9/16/2023

Honorable Judge Reyes,

I am writing this letter to convey to the court my knowledge and understanding of Mr. Cameron Campanella, a remarkable individual whom I have had the privilege of knowing for the past 15 years. Mr. Campanella is not only exceptionally skilled at his craft but also a true pillar in our community, displaying unwavering dedication to his family, career, and the well-being of our neighborhood.

I first met Mr. Campanella more than 15 years ago and from that initial encounter, it was clear that I had found someone special. Over the years, Mr. Campanella has done so much more for my family than just delivering top-notch haircuts. His attention to detail, precision, and commitment to customer satisfaction are truly commendable.

Beyond his impressive skills, what sets Mr. Campanella apart is his remarkable personality and community involvement. Mr. Campanella is not just a barber, but a friend, and a positive influence on everyone he meets. He has been a cornerstone of not only the community he lives in, but also the community he works in, always ready to support local initiatives and contribute to our neighborhood's growth.

One of Mr. Campanella's most endearing qualities is his exceptional rapport with children. It is a joy to witness how effortlessly he connects with the younger members of our community. Mr. Campanella has a way of making every child feel comfortable and at ease in the barber's chair, turning what can be an intimidating experience into a fun and enjoyable one. His patience, kindness, and ability to engage with children make him a trusted figure for parents seeking a welcoming and child-friendly environment.

In summary, Mr. Campanella is a wonderful person who enriches our community in countless ways. His commitment to excellence, community engagement, and special rapport with all people make him an invaluable asset to our neighborhood.

Sincerely,

Jess Horn

17



**DEPARTMENT OF VETERANS AFFAIRS**

Honorable Judge Reyes,                    Docket No.: 1:23-MJ-00112

I am writing this letter as a character witness for my dear friend, Cameron Campanella, whom I have had the privilege of knowing for the past 23 years. I am pleased to provide insight into the exceptional qualities that make Cameron a truly remarkable individual.

Cameron is a devoted family man who places an unwavering emphasis on the importance of his loved ones. His love for his wife, daughter, and son is evident in the warmth and care he consistently showers upon them. Through the years, I have witnessed Cameron's commitment to nurturing his family relationships, fostering an environment of love, support, and unity.

One of the most endearing aspects of Cameron's character is his profound appreciation for nature. He finds solace and inspiration in the great outdoors, and his dedication to preserving and cherishing the environment is both admirable and infectious. Whether it's hiking through the mountains, fishing , or simply taking a leisurely walk in the woods, Cameron's connection with nature is palpable and uplifting.

Cameron's passion for sports and outdoor activities is also an integral part of his identity. He is an avid sportsman who not only enjoys the thrill of competition but also values the camaraderie that comes with it. His enthusiasm for sports reflects his ability to work collaboratively, to lead by example, and to inspire those around him to strive for excellence.

Beyond his personal pursuits, Cameron has established himself as a successful business owner. His dedication, resilience, and innovative thinking have contributed to his achievements as an entrepreneur. His commitment to his business is a testament to his strong work ethic and his capacity to adapt and thrive in a dynamic and challenging environment.

In conclusion, I wholeheartedly vouch for Cameron Campanella as an exceptional individual of high moral character, strong family values, and an unwavering commitment to his passions and pursuits. His love for his family, his respect for nature, his passion for sports, and his accomplishments as a business owner make him an extraordinary person and a valuable asset to any community.

If you require any further information or would like to discuss Cameron's qualities in more detail, please do not hesitate to contact me. I am more than happy to provide additional insights into his character and contributions.

Thank you for considering my perspective as a character witness for Cameron Campanella.

Sincerely,
James Irvin Brehm III

**Honorable Judge Reyes**

Docket No: 1:23-MJ-00112   Cameron Campanella

26th August 2023

Dear Honorable Judge Reyes,

I am writing this letter to speak on the character of Cameron Campanella, whom I have known for almost 10 years. He is a person of exceptional character and reputation. I have come to know him well over the years. He is a family man, and loves his animals. Cameron spends his free time with his dog, cats, daughter, son, or wife. He also enjoys fishing. I have seen him with customers, and he has a following for a reason. He treats everyone very well. He would give the shirt off his back and wouldn't expect anything in return. I have seen him act with integrity, honesty, respect, empathy, and compassion. Cameron is dedicated to being a great barber and wonderful boss. He treats all of us employees with support, patience, and appreciation. I have no doubt that he will continue to demonstrate these moral values. Cameron will persist in being an asset to our work environment and society. I trust wholeheartedly in his judgment and abilities. I am confident that Cameron will carry on upholding these high standards in the future.

Sincerely,

**Ashley Funk**

September 8, 2023

Candi Boyer

Re: Cameron Campanella
    Docket No.: 1:23-MJ-00112

To the Honorable Judge Reyes,

My name is Candi Boyer, and I am writing to provide a character reference for Mr. Cameron Campanella, whom I met six years (6) ago. I am aware of the charges brought against him and the upcoming court proceeding, and I believe it is important to share my perspective on his character and conduct.

I have had the privilege of witnessing Cameron demonstrate unwavering integrity, compassion and responsibility throughout our friendship. Cameron has always been a person of high moral character, displaying honesty and truthfulness in all interactions. Cameron has consistently shown respect for others, is a respected person in our community, and a genuine person to everyone he has come across.

It is unfortunate that Cameron is in this situation, he is a good person, and I hope you consider my reference letter when determining the outcome of this matter.

Yours truly,

Candi Boyer

Candi Boyer

September 04, 2023

Honorable Judge Reyes,

I appreciate you taking the time to consider my testimony as a character witness for Cameron Campanella. I have known Cameron since I was a very young kid and have been close with him for the last 20+ years. His son and I were best friends for a very long time, and I spent a great deal of time with both of them. He was incredibly generous to me whenever I was with them, and was kind to everyone that he had interacted with. In a very tough neighborhood, tensions can run high at times, but Cameron was always a calming presence with his neighbors.

He cut myself and my brother's hair for years, and when my father passed away when I was 17, he refused to let us pay him ever since then. As I got older, me and his son drifted apart but I still saw Cameron every other week for a regular haircut. After my father passed, I noticed that he seemed to take longer when cutting my hair. I haven't ever talked to him about this, but I think it was because he knew I needed someone outside of my direct family to talk to about it all. He had grown up with my dad, and knew him very well.

I believe that people make mistakes and can get wrapped up into social settings that they did not intend to. I know Cameron as a kind, passionate man without malice in his heart. I believe that my letter will not be the only one you receive, as Cameron has been a positive force in many people's lives over the years.

Thank you for your time and service to our judicial system,


Carl Leroy Young V

9/4/23

Re: United States of America v. Cameron Campanella
<u>Docket No: 1:23-MJ-00112</u>


To The Honorable Judge Reyes

We have known Cameron as a good friend and neighbor for over 21 years. We were both troubled and surprised to hear about his recent case as he has always been a solid person. It is for this reason we are happy to write a character letter for Cameron regarding this matter.

Cameron has always been an upright character in the community. In our years of friendship he has always been there for us when we needed him whether it was to watch our house, or dog. He also supported our kids by attending multiple sporting events, birthdays, graduations, and family gatherings. In addition to our friendship he is an upstanding member of the neighborhood whether it's shoveling snow or mowing the lawns for the elderly.

It is our sincere hope the court takes this letter into consideration at the time of sentencing. We believe Cameron to be an honorable individual, a valuable member of our community and a good human being.

Sincerely,

Jason & Lucy Sweitzer

September 10, 2023

To: The Honorable Judge Ana Cecilia Reyes,

I would like to provide a true character assessment of my friend Cameron M. Campanella. The first time I met Cameron was when he came to our place of employment at the Colonial Park Barbers in 1996. We all liked him instantly. In the first few months of working at the barber shop, he started to grow a clientele by giving the customer what they wanted, a good haircut, pleasant conversation and good humor that we all share with one another. Over the last 30 years customers come and go, but many stay with us at the barber shop and Cameron is a true testament of why the customers continued to return.

About two years after working with Cameron, he said to me that he was ready to find someone who he could fall in love with, to marry and to start a family. He truly found that person in his wife, Dodie. She is truly a beautiful person both inside and out and his best friend in his life.

I attended their nuptials as an usher at their wedding. The ceremony took place on a beautiful September day. Cameron and Dodie's son was four years old at the time and served as ring bearer. When his son walked down the aisle that was the first time I saw Cameron cry, not with sadness, but with such pride and love in his heart. Cameron has two beautiful children, his son Cameron and his daughter Ellaina. He has always encouraged them to follow their own dreams in life. His son is his own man and is exceptionally smart. He graduated from Penn State York one year early and is living now in New York City to pursue his master's degree. Growing up, Ellaina shared her father's passion for sports. She excelled in basketball as a point guard at Central York High School. She was coached by her father in their backyard while she shot baskets. He also coached her summer league basketball blacktop tournaments with pride.

Cameron has a deep love and compassion for all animals and all living things. Since I have known him, he has had three dogs, Tanner, Cooper, and his current dog Coal. Coal is getting up in age now, and when that day eventually comes Cameron wants to be there to say goodbye to his buddy. Cameron has also owned many cats as companions. He would always rescue them from his backyard and give them a loving home. His oldest cat, Sunshine, at just over 20 years old, just recently passed away. She was blind and deaf, but Cameron never gave up on her. Even in her last weeks of life, he made sure to bottle feed her and help her in and out of the litter box. Cameron was at work the day that she passed and I know that hurt him deeply inside because he was not there when she died.

About eight years ago the former owner of the barber shop decided to sell the business. I know Cameron wanted me to purchase the barber shop business since I had been there longer than he had. That is how he leads his life with respect to others. However, I knew in my heart that Cameron was the person to take our co-workers and the barber shop clientele to the next level.

Eventually, Cameron, in typical fashion purchased the business and made several improvements to the barber shop along the way. He has always said to me that he bought the barber shop so that we could retain our customer base and stay where we have been located since 1962. Afterall, it has never been about money or profits for Cameron, just about a place that we all could call home.

Sincerely,

Kory W. Feister

Myles Vincent Young

September 3, 2023

Honorable Judge Reyes,

Thank you for taking the time to hear my personal opinions on Cameron Campanella, and a brief summary of the role he has played in my life. My name is Myles Young, and I am the youngest of 3 brothers, whom I believe are writing you letters also, as Cameron is a very important person to all of us.

I have known Cameron my entire life…literally since the day I was born. He was one of my parent's best friends since they were in High School. Cameron shared the responsibility of cutting my hair with my father for most of my life. He was the "Barber" and my dad knew how to keep my fade looking nice in between haircuts. After my father died, Cameron took over faithfully.

At first my mom took us all to him for haircuts, then as we got older and my brother got his license – he could drive us. Fast Forward a few years…my oldest brother went to college, my next oldest brother was at football and work and I needed a haircut. My normal go to would be to ask my mom for a ride, however, at the time, she was working 3 jobs to keep a roof over our head and wasn't very free to give rides. Cameron saved the day. He offered to pick me up, cut my hair and then bring me home, until I got my license – years later.

It was always a good time talking to him and catching up during a haircut. He was always someone I knew was safe to talk to about things a boy wouldn't necessarily want to ask his mother about. Honestly, it was also funny to hear stories about our parents from back in the day – especially about my dad! Cameron loves to fish and many times he combined my haircut night with some local fishing. Sometimes we'd just go fish on a day I wasn't getting a haircut. It would just be me and him, and we would laugh and talk the whole time. This meant more than you will ever know to a boy who lost his father at 10 years old. The best part of all was that every singe time he drove me home he took me to get Wendy's – it was our little secret – and a great treat to a boy whose single mom didn't have much money to spend on extra things like Wendys!

Please don't take Cameron from my life. He's a good person who wouldn't hurt a soul. He's the closest thing I have to a dad and I need him in my life. Thank you for listening.

Sincerely,

Myles Vincent Young

*United States of America v. Cameron Campanella*
*Docket No.: 1:23-MJ-00112*

To the Honorable Judge Reyes,

I have had the pleasure of knowing Cameron Campanella for the past 21 years. I was shocked to hear about his case as Cameron has always been a role model to me and I've never known him to break the law. I understand the severity of his charges and am happy to write a reference letter for him regarding this matter.

During the years I've known Cameron, he has been my neighbor, mentor, role model and friend. Cameron has always been an extremely hardworking, caring, dedicated father and friend and has given everyone his utmost respect. As a young child growing up, Cameron took me in as his own and has helped to shape the person I am today. Cameron was one of my support systems; academically and athletically and mentally throughout all my years of schooling. We've shared many interests over the years to include our families, sports and our love for our dogs. He has always ben there for me and my family in times of need.

Cameron has always had good morals and taken responsibility for his actions. Despite this case, I believe Cameron to be a respectable and trustworthy citizen of our community. I hope the court will take this letter into consideration as his proceedings move forward.

Sincerely,

Nico Paneto

09/15/23

Honorable Judge Reyes,

I'm writing you this letter on behalf of Cameron Campanella II who appeared before you on June, 2nd 2023. Cameron participated in the protest at the Capitol on January, 6th 2021. I don't feel it was a wise decision for him to go to the Capitol. I'm not writing to defend his participation, but rather to defend his character in hopes you will consider that in any sentencing he receives.

I have known Cameron for over 20 years. He runs a small barber shop in Harrisburg, Pa, Colonial Park Barbers. His business is not just a barber shop, it's a place where people go to socialize, talk, laugh and vent. Cameron and his staff are well loved in the community. He gave my one-year-old son his first haircut and has been cutting my hair as long as I've known him. But aside from cutting my hair he's been a great friend and there for many difficult times in my life. He has always been there to listen and give levelheaded advice.

He is also a family man. His family is truly his world. He loves to give my wife and I advice for our young children. His daughter is an excellent basketball, and he coached her team for several years. Cameron is not a violent person. He is mild mannered and treats people with respect. I hope you see a good man that had a lapse in judgement.

Respectfully,

Timothy Grant

Honorable Judge Reyes
U.S. District Court for the District of Columbia
E. Barret Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington D.C. 20001


**Re:     United States of America v. Cameron Campanella
            Docket No. 1:23-MJ-00112**


To the Honorable Judge Reyes

I have known Cameron my whole life, not only as my neighbor but as a
secondary father figure. His family and my family are both very close and
his daughter has been my best friend for 18 years, since we were kids.
Cameron and his family have done many things for me and my family.
They have always treated me like one of their kids so to hear about the
trouble Cameron may be facing is heartbreaking. I hope the courts can
show leniency with his sentencing.

Cameron has been a big part of my life as he's been there for birthdays,
family celebrations, Super Bowl parties, my high school graduation, and
my going away party for me leaving for basic training. He would also cut
my hair, take us fishing and watch us ride our bikes when we were
younger. From time to time he would watch me in the mornings and make
sure I got on the bus for school. I would also sometimes go there after
school until one of my parents came home from work. There have been
times he would watch our dog so we could go on vacation or traveling for
my softball games because he is well-known and very trusted friend.

In addition to him being a well trusted friend, he's an upstanding person in
the neighborhood who is never in trouble, helps shovel, mow lawns, pull
weeds, for some of our neighbors who no longer can. He's a funny and

goofy person who you can count on.

It is my sincere hope that when reading this letter the courts take into consideration the type of person he is. I believe Cameron is a honorable individual, a valuable member of our family and community, and a good human being overall.

Sincerely,

Tacoma Paneto-Sweitzer

Dear Judge Reyes,

My name is Brad Basselgia, I am 34 years old and live in the Harrisburg area. I am writing to you on behalf of Cameron Campanella. I first met Cameron when I was about 16 years old. I was new to the area and needed to find a barber, luckily, I came across the colonial park barber shop while visiting the mall. As soon as I walked in, I was greeted by Cameron. He (Cameron) made me feel very welcomed and comfortable in the shop. This was the start of what has become and very good friendship.

Cameron is the type of person who would do anything for anyone. Over the years I've spent a great amount of time talking and hanging out with Cameron and really getting to know the person he truly is. The friendship has gone beyond him being just my barber and someone I occasionally talk to when getting my hair cut. We regularly talk on the phone via text and voice calls about various things such as fishing, football, sports cards etc.

As time went on, I became a husband and Father and introduced my family to Cameron, he gave both my boys their first haircuts and has developed a very close relationship with them. My children mean more to me than anything in the world and I can say with the upmost confidence that I would trust my children to be with Cameron even if my wife or I were not present. They (my Children) often ask when the next time is they get to visit Cameron and how they cannot wait to see him again and tell him all about the new things going on in their lives.

Cameron is more than just someone who cuts hair, he is a friend, a husband and most importantly a father. He often talks about his kids with me and how proud he is of both his son and daughter and how he looks forward to the time he gets to spend with them. As a father and husband, myself it is very touching to see someone so devoted to their family.

Sincerely,

Brad Basselgia

September 1, 2023

Re: United States of America v. Cameron Campanella
<u>Docket No: 1:23-MJ-00112</u>

To The Honorable Judge Reyes,

My name is Elijah Lawless and I have known Mr. Cameron Campanella for only a little over a year. He is my girlfriend's father. He is a dependable, reliable, humorous, fundamental person.

Cameron has taught me many things in the last year. He taught me tricks on how to fish, how to determine what's a good sports card and what's not. He also taught me how to haul a boat for the first time when I got my truck. Cameron has shown me valuable skill when it comes to financial roadblocks.

Cameron is someone I look up to and is a good father figure. From the first time I met him he was very welcoming. From there on we've had many fishing trips and fun experiences together. He invited us to his anniversary get away to come up 4-wheeling and fishing and even invited us to stay the night. I see him always taking care of the cats and dog and wherever Cameron is his dog Coal is right beside him.

It is very unfortunate that he is in this situation. He is a very good man that a lot of people admire and love to be around. I hope that this letter can go some way in convincing the court that Mr. Campanella is a good person, and this testimony will be taken into consideration.

Yours truly,

Elijah Lawless

Honorable Judge Reyes,

I am writing to provide a character reference for Cameron Campanella, whom I've known for over 20 years. Cameron is a trustworthy, reliable, honest, hard working, caring family man.  His dedication to his family and peers has been a privilege to be a part of over the years. He loves his pets and even rescue one out of my backyard, but it doesn't stop with his family/pets. He would do anything he could to help a person/animal in need. He has a strong moral compass and I believe he will continue being a valuable member to our community. I wholeheartedly recommend Cameron Campanella as a worthy individual and trust his judgment and abilities.

Sincerely, Elizabeth Cruz

Ethan Daniel Young

September 10, 2023

Honorable Judge Reyes,

Hi, my name is Ethan Young, and I recently turned 20 years old. I am writing this on behalf of Cameron Campanella – someone I consider both a lifetime friend AND a family member, even though we are not blood-related.

Cameron has been my barber for my entire life. Literally my first haircut – all the way up to my most recent one a few short weeks ago. Over the years as he was also friends with my parents he became more than just a barber to me… he also became family. I spent many nights, Superbowls, cookouts, and holidays with him and his family.

Cameron talked to me about all of my interests, and answered all of my random questions as a child. He was calm and gentle as well as absolutely hilarious. He would take my brothers and I fishing after my dad passed away (I was only 13 when he passed).

Cameron helped to make me the man I am today and I am scared to think where I might be without him. I ask that you consider how much we need him in our lives as I have just stated how important he is in mine.

Respectfully & Sincerely,

Ethan Daniel Young

**J. Andy Ranieri**

09/05/2023

Honorable Judge Reyes

Docket No: 1:23-MJ-00112

Dear Honorable Judge Reyes:

I am writing you regarding the case for Cameron Campanella. I first met Cameron back in 1999 when my wife sent me to get a haircut. She commented on how good the haircut was so I've stuck with Cameron ever since.

During the 24+ years that I've know him, we've had many different conversations. Cameron was always a big football fan but I wasn't so we always found some other topic to chat about while he tried to make me look respectable. Early on, I remember having conversations about his wife's very traditional outlook / position on life. Sometimes it made life a more difficult for him but he stood by her. I know he was very involved in his children's lives and fully vested in their athletic passions. He was always running to games or tournaments and wanted to see the kids excel at everything they did. He was quite open about his life and even was comfortable discussing some medical issues that he had to deal with. Over the last 8-10 years, he an I have talked a lot about our pets and how much we both enjoy fishing.

I think he and I get along so well because we are both kind of old fashioned, boring and not into that whole social media thing. I found him to be a better husband and father than most people I've met in my 57 years. If I was asked to describe him in one sentence, I'd say he's just a really really good guy. I've been in sales or dealt with staffing for the last 30+ years. I pride myself in being able to read people and surround myself with good / moral people. Never had a doubt that Cameron was anything other than what he's portrayed.

Thank you for taking a few moments from your busy day to read this and hope that it gives you a glimpse in to the character of Mr. Campanella.

Sincerely,

*J. Andy Ranieri*

**J. Andy Ranieri**

35

United States of America v. Cameron Campanella
Docket No. 1:23-MJ-00112

Dear Judge Reyes,

I am writing this letter on behalf of Cameron Campanella who is set to appear before you on October 3, 2023.

I was best friends with Mr.Campanella's son since the age of five. I've been in their home many times and they've been nothing but good to me and my brother. Sometimes things weren't great at home and Mr. Campanella and his wife took us in. They took care of us, fed us, gave us a safe place to go. Mr. Campanella also taught me to fish, play basketball, football, and baseball. He's the main reason I got into sports and that kept me out of trouble. They always treated my brother and I like family. He was the father I never had. Cameron is a great man, friend and father figure.

I ask you to consider everything I said since without him I'm not sure where I or my brother would be without him and his help.

Thank you

Justin A. Paneto

Kyle Rhoads

August 21, 2023

Re: Cameron Campanella (United States of America v. Cameron Campanella Docket No.: 1:23-MJ-00112)

To: The Honorable Judge Reyes

It is a genuine honor to write this letter in favor of Cameron Campanella whom I have had the pleasure of knowing for over 15 years.  He is now a good friend of mine that I have grown closer to ever since I got my first haircut at his barber shop during my sophomore year of college.  I was surprised to hear about this case but now understanding what happened, Cameron was just trying to help by getting his friend out of the building.

Cameron Campanella has always been the go to individual at the Colonial Park Barbers, which he owns in Harrisburg, Pa.  He is always the one to step up or reach out to anyone in need and will give you the shirt off his back without even thinking.  He provides a thankless service to a lot of individuals in the local area that will go nowhere else but to him because he is trustworthy, hardworking, patient, creative, and pays special attention to detail along with his great personality as a bonus.  Cameron knows his customer base very well and interacts with everyone that walks through the door, even if they are not there for him to cut their hair.  Cameron has a great team of barbers at Colonial Park Barbers that act in the same way, which makes his business succeed.

Cameron is also a valued member in his York, Pennsylvania home town as well.  He and his wife have raised both of their children in York.  His son currently attends NYU and his daughter, who just graduated from High School this past June, is a realtor.  He was an avid fan and coach of his daughter's basketball teams (AAU & HS) throughout her childhood.  He is also a beloved owner of a dog and several cats, to which he treats like royalty.  Cameron spends his spare time taking his family and local friends out fishing, to enjoy the peaceful scenery, as well as the challenge of trying to outsmart the fish.  Fishing shows that Cameron is a patient, observant, determined, and adventurous individual.

It is my sincere hope the court takes this letter in to consideration and shows leniency in this case.  Despite the current case, as previously mentioned, Cameron Campanella is a valuable member in two communities, Harrisburg and York, Pennsylvania, to which a lot of individuals depend on.  Thank you for your time and consideration in reviewing this letter.

Sincerely,

Kyle Rhoads

Hello your honor, my name is Maria and I am wrighting you today on behalf of my good friend Cameron Canpanella. As long as I've known Cameron, I can whole heartedly say he has been a good student, throughout the years and has never been in any trouble. He has grown to be a very successful businness owner and barber. He also is a wonderful husband and father of two very respectful and well raised children. Cameron would never hurt anyone, and is a mentor to alot of people. Cameron has great integrity, this incident does not reflect on who he really is as a person. I understand the circumstances for this letter, I know Cameron is very renorseful and regretful and knows he made a big mistake being anywhere near the capetol on that day. Can you please be lenient on his sentence because his fanlity needs him now more than ever. Thank you for your time! 38                                            Maria

Matthew R Turchetta

September 18th, 2023

To the Honorable Judge Robyn M Meriweather

I am writing on behalf of Cameron Campanella II. Cameron and I have been friends for 30 years. We went to high school together and continued our friendship till this day. Even though we don't see each other as much as we would like, I keep in contact with him monthly through text and phone calls. Cameron, a business owner, has always been a respected and well like person among our peers. When I do go to his barber shop, everyone loves him and I usually have to wait to see him because he has been there for almost 30 years. He is a great father of two and husband. I was very surprised to hear that he was being charged.

I talked to him the day before and the day after January 6th, 2020. Never did the conversation lead to him saying that he was going down to Washington DC to cause any trouble. After that day, he told me how is was just amazed how many people were there and he lost his friend who was driving. He conveyed to me that he went looking for him in the capital building and left.

Cameron was never a violent person nor does he have that in him. He is truly the kind hearted and was in the wrong place at the wrong time. I know in my heart his intentions was to never go down there to riot and cause trouble.

I know he disappointed he put himself and his family in the position. Please take into consideration that this is not Mr. Campanella character to cause trouble and I can assure you he will learn from this unfortunate time in our society.

Sincerely

Matthew R Turchetta

39

To the Honorable Judge Reyes

My name is _____, I have known Cameron Campanella since I was 17.  I am now 40 years old .  I first met Cameron when I started going to the colonial park barber shop where he worked and that he now owns. Over the years I have gotten to know Cameron pretty well.  He has always been open and honest with me about his life, family, hardships and the good times.  Unfortunately, when I was in my early 20s I was diagnosed

At 23, and my life falling apart I shared what was going on with Cameron.  He was always willing to listen but as you probably know, that's what barbers do, no big deal right?   I mean after all I was paying for a haircut; it comes with the territory.

I remember sitting in that barber chair, depressed and quiet.  Cameron new something was up, but I didn't want to talk about it and for the first time just sat there silent getting a haircut.  When he was done I got up, paid him and headed for the door.  In normal fashion he said "thank you" and "I'll see ya in a month".  I said yea that's probably not going to happen.  Thats when i explained to him that I was going in for surgery the next week and probably wouldn't be able to come in again for likely 3 months depending how it goes.  He simply said to just call the shop when I need a cut, I'll take care of you.  Well 2 months went by and I still couldn't drive due pain and the pain medication I was still on.  I was getting shaggy and thought "well he did say call and he would take care of me".  I don't know when Cameron finally got a cell phone but at least the first 10 yrs I've known him he never had one.  So I called the shop, not knowing what he meant by what he had said. He answered, asked for directions to my house and came that night after working a 10 plus hr day and cut my hair in my kitchen.  He caught me up on his life, family, new pets, dreams, hobbies and i caught him up on my hellish surgery and recovery.  I told him I had at least two more surgeries to go and my next one wasn't going to be for a year since my body was to weak to do it any sooner.  Well for the next 3 plus yrs Cameron answered that phone and came to my house anytime I called.  Always after a 8-10 hr shift, no matter how exhausted, he would show up, give me a cut, which at the time was one of the only normal things I really had left.  Then he'd drive 45 minutes or so home to York where he lived.  I looked forward to those haircuts, shooting the breeze, sharing each others stories and just talking, no judgement.  Thats the Cameron that I know, he always showed up when he said he would, never complained about how tired he was (though I could tell), and was really a friend when I needed one.  I don't know many people that would do that for a customer, which is really all I was to him 20 plus years ago.  I have seen Cameron work his butt off over the years I have known him to provide for his family.  Which eventually allowed him to become the owner of the very barbershop he had worked at for so many years.

Thank you,

*The Honorable Judge Reyes*

*Dear Judge Reyes,*

*I am writing this letter to express my deepest regrets and to accept full responsibility for my actions on January 6th. I understand the gravity of my mistake and am committed to making amends.*

*My name is Cameron Campanella II, the owner of Colonial Park Barbers, a business that has been a cornerstone of our community for decades. My work as a barber has allowed me to form deep connections within our community, enriching lives and establishing a respected presence. As a family man, I have always strived to be a role model, maintaining a clean criminal record, raising a family, and upholding the values I cherish.*

*On January 6, 2021, I attended what I believed to be a rally similar to the previous one I went to. People were friendly, police and security everywhere. I never thought it would turn into what it did. After Trump's speech on January 6th. I proceeded to what I was told would be another speech behind the Capitol.  As I walked back people were flooding in the Capitol. At that point I lost the person I came with. I waited about 15 minutes and realized he may have gone inside. I only went inside to retrieve him because he had the location of where we parked and I wanted to go home. My decision to enter the Capitol is something I deeply regret, a decision made without malicious intent but in a moment of confusion and concern. I recognize the severity of this mistake and the violation of law it entailed.*

*The repercussions of my actions have extended beyond myself, adversely affecting my son's reputation and future opportunities due to our shared name. This unintended impact on my family has been a source of great distress to me. I sincerely wish I could go back in time and make a different choice.*

*In the aftermath, I have taken a hard look at my actions and their consequences. I have also made a personal commitment to avoid politically charged situations that could lead to unintended consequences. I have come to a greater understanding of personal responsibility and the importance of making decisions that reflect the values I hold dear. This experience has been a significant turning point in my life, and I'm committed to using it as an opportunity for personal growth and betterment.*

*Your Honor, I humbly ask for the opportunity to prove that this incident is not reflective of my character but an aberration from the life I have led. I seek a second chance to continue providing for my family and to be a positive, law-abiding member of society. I understand the seriousness of my actions and I'm ready to face the consequences, but I also hope for leniency in your judgment, considering the context and my sincere remorse.*

*Thank you for considering my appeal. I am ready to accept and adhere to any decision you make.*

*Respectfully,*

*Cameron Campanella*